1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  DERRICK WHITE,                                      CASE NO. 1:05-CV-01564-OWW-LJO-P

10                         Plaintiff,                  ORDER DIRECTING CLERK OF THE COURT
                                                       TO REDESIGNATE ACTION CASE FROM
11           v.                                        550 "P" TO 440 REGULAR CIVIL

12  CITY OF FRESNO, et al.,

13                         Defendants.
                                                    /
14

15          On March 6, 2006, the Honorable Oliver W. Wanger issued an order reassigning this action

16  from the docket of United States District Judge Robert E. Coyle to the docket of United States

17  District Judge Oliver W. Wanger, and from the docket of United States Magistrate Judge William

18  M. Wunderlich to the docket of the undersigned.[1]  When this action was initially opened, it was

19  incorrectly designated as one involving a prisoner litigating the conditions of his confinement at a

20  California jail or state prison.  Upon further review of the Court, it has been determined that the

21  present action does not involve state jail or prison conditions of confinement.

22  ///

23  ///

24  ///

25  ///

26  ///

27  _____

28          [1] The action was reassigned because it is related to case number 05-1558 OWW LJO Alice White v. City of
    Fresno.

1

1    Therefore, the Clerk of the Court is DIRECTED to remove the "P" and change the

2 designation of the present case to reflect that of a regular civil action (from 550 to 440).

3

4 IT IS SO ORDERED.

5 **Dated:    March 7, 2006**                         **/s/ Lawrence J. O'Neill**
  b9ed48                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28